## UNITED STATES DISTRICT COURT

SOUTHERN            DISTRICT OF        NEW YORK

In Re
Enforcement Of Philippine
Forfeiture Judgment Against All
Assets Of Arelma, S.A., Formerly
Held At Merrill Lynch, Pierce,
Fenner & Smith, Incorporated,
Including, But Not Limited To,
Account Number 16

Respondent
Philippine National Bank

Interested Party
United States of America

            V

Intervenor
Jose Duran
on his behalf and as representative of
a Class of Judgment Creditors of the
Estate of Ferdinand E. Marcos

**APPEARANCE**

Case Number:  1:19-mc-00412-LAK

To the Clerk of this court and all parties of record:

> I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
>
> Intervenor:  Attorneys for Intervening Respondent Jose Duran and the Class of Filipino Judgment Creditors.
> Certified in MDL No. 840

docs-100196885.1

| September 12, 2019 | /s/ Jeffrey E. Glen | | |
|---|---|---|---|
| Date | Signature | | |
| | Jeffrey E. Glen | | |
| | Print Name | | |
| | 1251 Avenue of the Americas | | |
| | Address | | |
| | New York | NY | 10020 |
| | City | State | Zip Code |
| | (212) 278-1000 | (212) 278-1733 | |
| | Phone Number | | Fax Number |

docs-100196885.1