```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE: ENFORCEMENT OF PHILIPPINE         :
FORFEITURE JUDGMENT AGAINST ALL              ORDER
ASSETS OF ARELMA, S.A. etc.              :   19 Misc. 412 (LAK) (GWG)
-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

　　The above-referenced action has been referred to the undersigned for general pre-trial purposes as well as for a report and recommendation on any dispositive motions. All pre-trial applications or motions, including those relating to scheduling and discovery, shall be made to the undersigned. All applications or motions must comply with this Court's Individual Practices, which are available through the Clerk's Office or at: www.nysd.uscourts.gov/judge/Gorenstein

　　The Court is aware that the intervenor has filed a motion to dismiss the action on statute of limitations grounds. However, the Court would like to hear from the parties by letter as to the current status of this matter, the parties' views as to what actions the parties seek to take in this case, and what other motions will be presented to the Court. The letter should address whether any party seeks to take discovery and whether it would be appropriate to hold a conference under Rule 16.

　　The Court asks that the parties either file a joint letter or, if a joint letter is impractical, separate letters on or before October 5, 2019.

　　SO ORDERED.

Dated: September 24, 2019
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GABRIEL W. GORENSTEIN
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge