# KOHN, SWIFT & GRAF, P.C.

1600 MARKET STREET, SUITE 2500
PHILADELPHIA, PENNSYLVANIA 19103-7225

JOSEPH C. KOHN
ROBERT A. SWIFT
ROBERT J. LAROCCA †
DENIS F. SHEILS ◊
DOUGLAS A. ABRAHAMS •
WILLIAM E. HOESE
STEVEN M. STEINGARD •
STEPHEN H. SCHWARTZ †
CRAIG W. HILLWIG
BARBARA L. GIBSON †
JONATHAN SHUB † • ✢
NEIL L. GLAZER †
KEVIN LAUKAITIS
ZAHRA R. DSOUZA ✲
AARTHI MANOHAR

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

E-Mail: rswift@kohnswift.com

HAROLD E. KOHN
1914-1999

OF COUNSEL
MERLE A. WOLFSON
GEORGE W. CRONER
LISA PALFY KOHN

† ALSO ADMITTED IN NEW YORK
◊ ALSO ADMITTED IN NEVADA
• ALSO ADMITTED IN NEW JERSEY
• ALSO ADMITTED IN CALIFORNIA
✢ ALSO ADMITTED IN WASHINGTON, D.C.
✲ ONLY ADMITTED IN NEW YORK

September 24, 2019

Honorable Gabriel W. Gorenstein
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**In Re: Enforcement of Philippine Forfeiture Judgment Against All Assets of Arelma, S.A., No. 19-412 (LAK)**

Dear Judge Gorenstein:

In accordance with Section 2(b) of the Court's Individual Rules, I wish to notify the Court that, after conferring with Applicant United States, the briefing schedule for Intervenor/Respondent Duran's Motion for Summary Judgment (ECF #'s 37-41) will be in accordance with Local Rule 6.1(b).

Respectfully yours,

Robert A. Swift

RAS:yr

Cc: All Counsel via ECF

{00203025 }