UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE: ENFORCEMENT OF PHILIPPINE :
FORFEITURE JUDGMENT AGAINST ALL      ORDER
ASSETS OF ARELMA, S.A. etc.          :
                                     19 Misc. 412 (LAK) (GWG)
-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

Oral argument on the pending (1) motion to intervene and (2) motion to strike will take place on Tuesday, January 14, 2020, at 3:30 p.m. in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York.

This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the argument may begin promptly.

Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at: http://nysd.uscourts.gov/judge/Gorenstein).

SO ORDERED.

Dated: December 12, 2019
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge