USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE: ENFORCEMENT OF PHILIPPINE :
FORFEITURE JUDGMENT AGAINST ALL         ORDER
ASSETS OF ARELMA, S.A. etc. :         19 Misc. 412 (LAK) (GWG)
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, a United States Magistrate Judge is available to rule on dispositive motions in this case. If the parties consent to the Magistrate Judge ruling on a particular motion, no objection to the ruling would be permitted under Fed. R. Civ. P. 72(b)(2). Instead, the ruling would be treated as any other ruling in the case and would be reviewable to the extent the ruling would have been reviewable had it been made by a District Judge.

      Exercise of jurisdiction by a Magistrate Judge to make a ruling on a dispositive motion is permitted only if all parties voluntarily consent. To determine whether the parties wish to voluntarily consent, the Government is directed to send to counsel for all other parties or proposed parties on or before <u>December 17, 2019</u>, a copy of the attached consent form bearing either (1) a signature indicating consent to the Magistrate Judge ruling on the motion or motions identified on the form, or (2) a notation that the Government does not consent.

      **Please note that (1) there are two forms because the version attached allows only three lines for parties; the forms may be submitted in counterpart or additional parties may be handwritten onto a single form; (2) the signing attorney should <u>print his/her name</u> next to the client's name in addition to signing; (3) the Court has included the Roxas intervenors in this process even though no determination has been made as to their status or whether their consent is required.**

      On or before <u>December 20, 2019</u>, the Government is directed to contact Chambers either by telephone, at (212) 805-4260, or by letter. The Government shall inform the Deputy Clerk whether all parties have consented to the Magistrate Judge ruling on the motion or motions identified on the consent form. If any party has not consented, counsel for the plaintiff shall <u>not</u> inform the clerk which of the parties have not consented but shall merely state that there has not been consent by all parties.

      In the event that all parties have consented, counsel shall file a letter on ECF addressed to the undersigned that attaches the signed form.

      This Order is not intended to interfere with the parties' right to have a trial and/or any other dispositive proceedings before a United States District Judge. The parties are free to withhold their consent without adverse substantive consequences. If any party withholds consent, the identity of the parties consenting or withholding consent shall not be communicated to any Magistrate Judge or District Judge to whom the case has been assigned.

SO ORDERED

DATED:   New York, New York
         December 12, 2019

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| IN RE: ENFORCEMENT OF PHILIPPINE: FORFEITURE JUDGMENT AGAINST ALL ASSETS OF ARELMA, S.A. etc. <br> *Plaintiff* <br> v. <br> _____ <br> *Defendant* | ) ) ) ) ) ) | Civil Action No. 19 Misc. 412 (LAK) (GWG) |

### NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.* The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title).*

**Motions:** Notice of motion of intervenor respondent Jose Duran to strike the answer of Philippine National Bank (Docket #75)

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| United States of America | | |
| Philippine National Bank | | |
| Jose Duran et al. | | |

### Reference Order

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

Date: _____

_____
*District Judge's signature*

Lewis A. Kaplan, United States District Judge
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| IN RE: ENFORCEMENT OF PHILIPPINE: FORFEITURE JUDGMENT AGAINST ALL ASSETS OF ARELMA, S.A. etc. <br> *Plaintiff* <br> v. <br> <br> *Defendant* | ) ) ) ) ) ) <br> Civil Action No. 19 Misc. 412 (LAK) (GWG) |

### NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.* The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title).*

**Motions:** Notice of motion of intervenor respondent Jose Duran to strike the answer of Philippine National Bank (Docket #75)

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Jeana Roxas/Golden Buddha Corporation | | |
| | | |
| | | |

### Reference Order

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

Date: _____

_____
*District Judge's signature*

Lewis A. Kaplan, United States District Judge
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.