UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE: ENFORCEMENT OF PHILIPPINE :
FORFEITURE JUDGMENT AGAINST ALL            ORDER
ASSETS OF ARELMA, S.A. etc.               : 19 Misc. 412 (LAK) (GWG)
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    For the reasons stated today on the record, Jeana Roxas, as Personal Representative of the Estate of Roger Roxas shall be deemed to be a Respondent in this case as of November 18, 2016. The Clerk shall amend the docket sheet to so reflect.

    The motion of Golden Budha Corporation to intervene (Docket # 63) is denied.

    SO ORDERED.

Dated: January 14, 2020
       New York, New York

                                                          GABRIEL W. GORENSTEIN
                                                          United States Magistrate Judge