UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

IN RE: ENFORCEMENT OF PHILIPPINE
FORFEITURE JUDGMENT AGAINST ALL
ASSETS OF ARELMA, S.A. etc

19-mc-412 (LAK)

------------------------------------x

# ORDER

LEWIS A. KAPLAN, *District Judge.*

      The motion of respondent/intervener Jose Duran to strike the Answer filed by respondent Phillippines National Bank ("PNB") (DI 75) is granted substantially for the reasons stated in the Report and Recommendation of Magistrate Judge Gabriel W. Gorenstein to which no objections have been filed.

      The Clerk is therefore directed to strike document number 68 from the docket but retain the summary docket text for the record.

      As a result, PNB is dismissed as a respondent for the reasons explained in the Report and Recommendation.

      SO ORDERED.

Dated:      February 27, 2020

                                                    Lewis A. Kaplan
                                             United States District Judge