USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
IN RE: ENFORCEMENT OF PHILIPPINE FORFEITURE
JUDGMENT AGAINST ALL ASSETS OF ARELMA, S.A.,
FORMERLY HELD AT MERRILL LYNCH, PIERCE,
FENNER & SMITH, INCORPORATED, INCLUDING,
BUT NOT LIMITED TO, ACCOUNT NUMBER 16
------------------------------------x

19-mc-412 (LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       Duran's motion for summary judgment [DI-37] is denied, and the United States's cross-motion for summary judgment [DI-46] is granted, substantially for the reasons set forth in the report and recommendation of Magistrate Judge Gorenstein. Duran's objections are overruled.

       SO ORDERED.

Dated:     February 27, 2020

                                              Lewis A. Kaplan
                                         United States District Judge