USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE: ENFORCEMENT OF PHILIPPINE
FORFEITURE JUDGMENT AGAINST ALL     ORDER
ASSETS OF ARELMA, S.A. etc.     19 Misc. 412 (LAK) (GWG)
-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     If the Duran Class wishes to reply to the letter filed as Docket # 111, it may do so by letter filed on or before March 6, 2020.

     SO ORDERED

DATED:     New York, New York
               March 4, 2020

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge