UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
IN RE: ENFORCEMENT OF PHILIPPINE        :        ORDER
FORFEITURE JUDGMENT AGAINST ALL
ASSETS OF ARELMA, S.A. etc.             :        19 Misc. 412 (LAK) (GWG)
---------------------------------------------------------------X
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

   The Court is in receipt of letters from the Duran Class and the Government regarding the Duran Class's request to have the Government produce certain witnesses for depositions (Docket ## 118-120).  The Duran Class has withdrawn its request (Docket # 120).  In their letters, the parties raised several additional topics regarding the taking of depositions (see Docket # 119 at 2-3; Docket # 120).  These topics include the scope of depositions and an extension to the Court's scheduling Order (Docket # 117) in order to permit the depositions.  The Court will not reach these issues inasmuch as the parties have not complied with paragraphs 1.E and 2.A of the Court's Individual Practices in an attempt to resolve any remaining disputes.  This ruling is without prejudice to any new application that complies with the Court's Individual Practices.

So Ordered.

Dated: June 4, 2020
   New York, New York

                 _____
                 GABRIEL W. GORENSTEIN
                 United States Magistrate Judge