UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ENFORCEMENT OF PHILIPPINE ) <br> FORFEITURE JUDGMENT AGAINST ALL ) <br> ASSETS OF ARELMA, S.A., FORMERLY ) <br> HELD AT MERRILL LYNCH, PIERCE, ) <br> FENNER & SMITH, INCORPORATED, ) <br> INCLUDING, BUT NOT LIMITED TO, ) <br> ACCOUNT NUMBER 165-07312, AND ) <br> ALL INTEREST, INCOME OR BENEFITS ) <br> ACCRUING OR TRACEABLE THERETO ) | Misc. No. 19-412-LAK-GWG |

**ORDER GRANTING EXTENSION TO CASE SCHEDULE**

The Court has received a stipulation of the parties to extend the remaining deadlines in this case, to accommodate travel restrictions stemming from the COVID-19 pandemic and the need to secure approval of the Philippine Supreme Court for one of the requested depositions. For good cause shown, the parties' stipulated extension request is GRANTED. The remaining case deadlines shall be extended as follows:

| Event | Current Date (Dkt. No. 117) | Proposed Extended Date |
|---|---|---|
| Date for completion of all non-expert discovery | July 15, 2020 | September 15, 2020 |
| Date for disclosure of expert and Rule 44.1 evidence | July 15, 2020 | September 15, 2020 |
| Date for disclosure of rebuttal expert or rebuttal Rule 44.1 evidence | August 12, 2020 | October 15, 2020 |
| Date for completion of expert depositions | August 26, 2020 | October 30, 2020 |
| Deadline to request permission to file a summary judgment motion | August 26, 2020 | October 30, 2020 |

1

Dated: June 12, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GABRIEL W. GORENSTEIN
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

2