# KOHN, SWIFT & GRAF, P.C.

1600 MARKET STREET, SUITE 2500
PHILADELPHIA, PENNSYLVANIA 19103-7225

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

E-Mail: rswift@kohnswift.com

JOSEPH C. KOHN
ROBERT A. SWIFT
ROBERT J. LAROCCA †
DENIS F. SHEILS †◊
DOUGLAS A. ABRAHAMS •
WILLIAM E. HOESE
STEVEN M. STEINGARD •
STEPHEN H. SCHWARTZ †
CRAIG W. HILLWIG
BARBARA L. GIBSON †
JONATHAN SHUB †♦✦
NEIL L. GLAZER †
KEVIN LAUKAITIS
ZAHRA R. DSOUZA ✕
AARTHI MANOHAR

HAROLD E. KOHN
1914-1999

OF COUNSEL
MERLE A. WOLFSON
GEORGE W. CRONER
LISA PALFY KOHN

† ALSO ADMITTED IN NEW YORK
◊ ALSO ADMITTED IN NEVADA
• ALSO ADMITTED IN NEW JERSEY
♦ ALSO ADMITTED IN CALIFORNIA
✦ ALSO ADMITTED IN WASHINGTON, D.C.
✕ ONLY ADMITTED IN NEW YORK

January 18, 2022

Honorable Gabriel W. Gorenstein
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**In Re: Enforcement of Philippine Forfeiture Judgment
Against All Assets of Arelma, S.A., No. 19-412 (LAK)(GWG)**

Dear Chief Magistrate Judge Gorenstein:

In accordance with your Honor's Individual Rules, Respondent Jose Duran submits this letter motion seeking approval of a Stipulation Extending Case Deadlines.

The undersigned needs to take two fact witness depositions of deponents residing in the Philippines. The current deadline for fact witness depositions is February 15. Counsel had hoped to meet that deadline but are unlikely to do so because of the prevalence and surge of Covid-19 infections in both the Philippines' National Capital Region (NCR) and the United States. The NCR is currently at Alert Level 3, one level higher and more restrictive than in November 2021. See attached newspaper article dated January 12, 2022. Foreigners cannot obtain Visas for entry to the Philippines unless they are from designated countries with low Covid levels. With the highest daily incidence of Covid infections in the world, travelers from the United States are not currently eligible for a Philippine Visa.

The Philippine Department of Foreign Affairs ("DFA") can grant exemptions for travel to the Philippines. The pertinent regulation provides:

> "Foreign nationals seeking entry exemption for government and private
> businesses in the Philippines should secure an endorsement from the appropriate
> Philippine national government agency. The endorsing agency must submit their
> entry exemption request directly to DFA-Office of Consular Affairs (OCA)."

http://www.philippine-embassy.org.sg/consular/visa/general-information/

-2-

During the past three months, counsel for Duran sought exemptions for travel through two government agencies, the Presidential Commission on Good Government and the Commission on Human Rights. The DFA has not yet acted on the requests of the agencies. If DFA were to grant a Visa to American counsel, a quarantine period would be required upon entry to the Philippines.

Until the Covid surge in the United States and the Philippines abates, prudence suggests it is better to extend reset the deadlines by two months at this time. A Stipulation approved by all counsel is attached hereto for the Court's approval.

                                            Respectfully submitted,

                                            /s/Robert A. Swift
                                            Robert A. Swift
                                            Counsel for Jose Duran

Encs.
cc w/encs: All counsel via ECF