**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **IN RE:  ENFORCEMENT OF PHILIPPINE FORFEITURE JUDGMENT AGAINST ALL ASSETS OF ARELMA, S.A., FORMERLY HELD AT MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, INCLUDING, BUT NOT LIMITED TO, ACCOUNT NUMBER 165-07312, AND ALL INTEREST, INCOME OR BENEFITS ACCRUING OR TRACEABLE THERETO** | **Misc. No. 19-412 (LAK)(GWG)**  **ORDER GRANTING COMMISSION TO FOREIGN COURT REPORTER** |

UPON MOTION of Respondent Jose Duran pursuant to Federal Rule of Civil Procedure 28(b)(1)(D), the undersigned grants a commission to Ma. Theresa Concepcion, a court reporter in Manila, Philippines, to administer an oath to the witnesses giving depositions on oral examination during June 2022 in the Philippines.  You are further authorized and directed to cause the examination of the witnesses to be reduced to writing, to certify the depositions to the above-entitled court and to forward the transcripts, with this commission, to counsel for the parties in this case.  The depositions of the witnesses shall proceed in a manner agreed upon by counsel for the parties.

Dated:  June  7 , 2022
        New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge