UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE:  ENFORCEMENT OF PHILIPPINE       :
FORFEITURE JUDGMENT AGAINST ALL             ORDER
ASSETS OF ARELMA, S.A. etc.              :     19 Misc. 412 (LAK) (GWG)
-------------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     The Government has filed multiple letters seeking permission to make a summary judgment motion.  Each party is permitted only one such letter, however.  Accordingly, the Court will not be considering the Government's letters.  The Government has leave to file by June 23, 2022, a single letter that includes a description of all grounds on which it seeks to move for summary judgment.

          SO ORDERED

DATED:     New York, New York
            June 21, 2022

                                   GABRIEL W. GORENSTEIN
                              United States Magistrate Judge