UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ENFORCEMENT OF PHILIPPINE FORGEITURE
JUDGMENT AGAINST ALL ASSESTS OF
ARELMA, S.A., FORMERLY HELD AT
MERRILL LYNCH, PIERCE, FENNER &
SMITH, INCORPORATED, INCLUDING,
BUT NOT LIMITED TO, ACCOUNT NUMBER
16                                                                                   ORDER
------------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      A telephone conference to discuss the issue of summary judgment motions and severance shall take place on July 13, 2022, at 11:30 a.m.

      At the above date and time, the parties shall dial (888) 557-8511 and use access code: 6642374.  (The public may also dial in but will be permitted only to listen.)  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

      When addressing the Court, counsel must <u>not</u> use a speakerphone.

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time.  In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

      SO ORDERED.

Dated: June 29, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge