UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| IN RE: ENFORCEMENT OF PHILIPPINE ) <br> FORFEITURE JUDGMENT AGAINST ALL ) <br> ASSETS OF ARELMA, S.A., FORMERLY ) <br> HELD AT MERRILL LYNCH, PIERCE, ) <br> FENNER & SMITH, INCORPORATED, ) <br> INCLUDING, BUT NOT LIMITED TO, ) <br> ACCOUNT NUMBER 165-07312, AND ) <br> ALL INTEREST, INCOME OR BENEFITS ) <br> ACCRUING OR TRACEABLE THERETO ) | Misc. No. 19-412-LAK-GWG |

_____

### [PROPOSED] ORDER GRANTING UNITED STATES' OMNIBUS SUMMARY JUDGMENT MOTION

Before the Court is the United States' omnibus summary judgment motion against all affirmative defenses in this case and for affirmative summary judgment enforcing the Philippine forfeiture judgment and terminating this case. Upon review of the papers and record, the United States' motion is GRANTED. Pursuant to 28 U.S.C. §§ 2467(c)(1) and (d)(1), the Philippine forfeiture judgment against the Arelma Assets (Dkt. 1-1, Ex. 1) is ENFORCED "as if the judgment had been entered by a court of the United States." 28 U.S.C. § 2467(c)(1). The clerk is ordered to administratively close this case.

DATED: _____                    _____
                                     HON. GABRIEL W. GORENSTEIN
                                     U.S. MAGISTRATE JUDGE