

U.S. Department of Justice

Criminal Division

*Washington, D.C.  20530*

February 11, 2023

**TRANSMITTED VIA CM/ECF**

Hon. Gabriel Gorenstein
United States Magistrate Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *In re: Enforcement of Philippine Forfeiture Judgment*, Misc. No. 19-412-LAK-GWG

Dear Judge Gorenstein:

Pursuant to Section 2(B) of the Court's Individual Practices, Applicant United States of America ("the Government") hereby notifies the Court that the Government's Motion for Summary Judgment against Roxas Standing (Dkt. 188) is fully briefed. The Government believes that all summary judgment motions filed by all parties are now fully briefed.

    Respectfully Submitted,

    */s/ Joshua L. Sohn*
    Joshua L. Sohn
    Trial Attorney
     Money Laundering and Asset Recovery Section
    U.S. Department of Justice
    *Attorney for Applicant United States of America*