UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE ENFORCEMENT OF PHILIPPINE
FORFEITURE JUDGMENT AGAINST
ALL ASSETS OF ARELMA, S.A. etc

------------------------------------------------------------X

19 **MISC** 412 (LAK)(GWG)

### JUDGMENT

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 11, 2024, the government's motion to dismiss the Estate of Roger Roxas as a respondent (Dkt 188) is granted. The government's motion for summary judgment dismissing all pled affirmative defenses in this case, and for summary judgment enforcing the Philippine forfeiture judgment and ending this case (Dkt 193) is granted. Pursuant to 28 U.S.C. §§ 2467(c)(l) and (d)(l), the Philippine forfeiture judgment against the Arelma Assets (Dkt. 1-1, Ex. 1) is ENFORCED "as if the judgment had been entered by a court of the United States." 28 U.S.C. § 2467(c)(l). Duran's cross-motion for summary judgment (Dkt 222) is denied; accordingly, the case is closed.

**Dated:** New York, New York
January 12, 2024

**RUBY J. KRAJICK**
Clerk of Court

BY: _____
Deputy Clerk